**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ROCIO POSADA,

                Plaintiff,

vs.

CLINICA UNION, INC. and MARIO
RIVERA

                Defendants.

CIVIL ACTION FILE

NO. 1:14-cv-676-WCO

**J U D G M E N T**

    This action having come before the court, Honorable William C. O'Kelley, Senior United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

    **Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed with prejudice.**

    Dated at Atlanta, Georgia, this 15th day of September, 2014.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Stacey Kemp
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 15, 2014
JAMES N. HATTEN
Clerk of Court

By:   s/Stacey Kemp
       Deputy Clerk